**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br>**Geraldo Parra,**<br>       Debtor.<br>**Bank of America, N.A,**<br>       Movant.<br>v.<br>**Geraldo Parra,**<br>       Debtor/Respondent.<br>**Scott F. Waterman, Esquire,**<br>       Trustee/Respondent. | **Bankruptcy No. 19-11081-pmm**<br><br>**Chapter 13** |

## ORDER OF COURT

AND NOW, this 15th day of April, 2022, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is approved.

_Patricia M. Mayer_
_____

Judge Patricia M. Mayer