| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-11081-PMM

GERALDO PARRA  
1140 N 18TH STREET  
ALLENTOWN  PA    18104

Petition Filed Date: 02/21/2019  
341 Hearing Date: 04/16/2019  
Confirmation Date: 12/05/2019

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/30/2021 | $897.00 | | 06/01/2021 | $897.00 | | 06/30/2021 | $897.00 | |
| 07/30/2021 | $897.00 | | 08/30/2021 | $897.00 | | 09/30/2021 | $897.00 | |
| 11/01/2021 | $897.00 | | 12/01/2021 | $897.00 | | 12/30/2021 | $897.00 | |
| 01/31/2022 | $897.00 | | 03/02/2022 | $897.00 | | 07/18/2022 | $3,592.00 | |

**Total Receipts for the Period:  $13,459.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $29,053.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $1,810.00 | $1,810.00 | $0.00 |
| 1 | US DEPT OF HUD<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»»  02P | Priority Crediors | $1,126.90 | $1,126.90 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»»  02U | Unsecured Creditors | $241.85 | $0.00 | $241.85 |
| 4 | LVNV FUNDING LLC<br>»»  003 | Unsecured Creditors | $4,780.87 | $0.00 | $4,780.87 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  004 | Unsecured Creditors | $89.04 | $0.00 | $89.04 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  005 | Unsecured Creditors | $216.16 | $0.00 | $216.16 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  006 | Unsecured Creditors | $358.27 | $0.00 | $358.27 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  007 | Unsecured Creditors | $706.72 | $0.00 | $706.72 |
| 9 | CARRINGTON MORTGAGE SERVICES LLC<br>»»  008 | Mortgage Arrears | $25,601.11 | $15,979.52 | $9,621.59 |
| 10 | TITLEMAX OF DELAWARE, INC.<br>»»  009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | UNITED STATES TREASURY (IRS)<br>»»  10P | Priority Crediors | $6,975.49 | $6,975.49 | $0.00 |
| 12 | UNITED STATES TREASURY (IRS)<br>»»  10U | Unsecured Creditors | $2,403.39 | $0.00 | $2,403.39 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  011 | Unsecured Creditors | $1,461.81 | $0.00 | $1,461.81 |
| 14 | CITY OF ALLENTOWN<br>»»  012 | Secured Creditors | $1,052.12 | $653.46 | $398.66 |

**Chapter 13 Case No. 19-11081-PMM**

| 15 | CITY OF ALLENTOWN<br>»» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,053.00 | Current Monthly Payment: | $897.00 |
| Paid to Claims: | $26,545.37 | Arrearages: | $293.00 |
| Paid to Trustee: | $2,507.63 | Total Plan Base: | $46,389.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.