| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-11081-PMM

GERALDO PARRA  
1140 N 18TH STREET  
ALLENTOWN  PA    18104

Petition Filed Date: 02/21/2019  
341 Hearing Date: 04/16/2019  
Confirmation Date: 12/05/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/13/2022 | $897.00 | | 10/12/2022 | $897.00 | | 11/14/2022 | $897.00 | |
| 12/12/2022 | $897.00 | | 01/11/2023 | $897.00 | | 02/14/2023 | $897.00 | |
| 03/13/2023 | $897.00 | | 04/11/2023 | $897.00 | | 05/11/2023 | $897.00 | |
| 06/12/2023 | $897.00 | | 07/12/2023 | $897.00 | | | | |

**Total Receipts for the Period: $9,867.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $38,920.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $1,810.00 | $1,810.00 | $0.00 |
| 1 | US DEPT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 02P | Priority Crediors | $1,126.90 | $1,126.90 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 02U | Unsecured Creditors | $241.85 | $0.00 | $241.85 |
| 4 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $4,780.87 | $0.00 | $4,780.87 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 004 | Unsecured Creditors | $89.04 | $0.00 | $89.04 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 005 | Unsecured Creditors | $216.16 | $0.00 | $216.16 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 006 | Unsecured Creditors | $358.27 | $0.00 | $358.27 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 007 | Unsecured Creditors | $706.72 | $0.00 | $706.72 |
| 9 | CARRINGTON MORTGAGE SERVICES LLC<br>»» 008 | Mortgage Arrears | $25,601.11 | $24,661.55 | $939.56 |
| 10 | TITLEMAX OF DELAWARE, INC.<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | UNITED STATES TREASURY (IRS)<br>»» 10P | Priority Crediors | $6,975.49 | $6,975.49 | $0.00 |
| 12 | UNITED STATES TREASURY (IRS)<br>»» 10U | Unsecured Creditors | $2,403.39 | $0.00 | $2,403.39 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $1,461.81 | $0.00 | $1,461.81 |
| 14 | CITY OF ALLENTOWN<br>»» 012 | Secured Creditors | $1,052.12 | $1,013.19 | $38.93 |

| 15 | CITY OF ALLENTOWN<br>»» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $38,920.00 | Current Monthly Payment: | $897.00 |
| Paid to Claims: | $35,587.13 | Arrearages: | $1,190.00 |
| Paid to Trustee: | $3,332.87 | Total Plan Base: | $46,389.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.