**Fill in this information to identify the case:**

Debtor 1  Geraldo Parra

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Eastern District of Pennsylvania (Reading)
(State)

Case number  19-11081

---

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**  Bank of America, N.A

**Court claim no.** (if known):  8

**Last 4 digits** of any number you use to identify the debtor's account:  XXXXXX7751

**Date of payment change:**
Must be at least 21 days after date of this notice    5/01/2023

**New total payment:**    $ 1,366.91
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:**  $ 505.48    **New escrow payment:**  $ 535.10

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate**    %    **New interest rate:**    %

   **Current principal and interest payment:**  $    **New principal and interest payment:**  $

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:**  $ _____    **New mortgage payment:**  $ _____

---

Debtor 1    Geraldo Parra    Case number (*if known*) 19-11081
  First Name  Middle Name  Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

✗ /s/ Randall Miller    Date March,21, 2023
Signature

Print:    Randall Miller    Title    Agent
  First Name  Middle Name  Last Name

Company    Carrington Mortgage Services, LLC

Address    43252 Woodward Avenue, Suite180
  Number    Street

  Bloomfield Hills, MI 48302
  City    State    ZIP Code

Contact phone    (248) 335-9200    Email    bankruptcy@rsmalaw.com

**Carrington mortgage services, llc**
NMLS ID #2600
CARRINGTON MORTGAGE SERVICES, LLC
P.O. Box 5001
Westfield, IN 46074

(800) 561-4567  FAX: (949) 517-5220

```
                                              /P1         /    680
GERALDO    PARRA                                    YOUR LOAN NUMBER :
LESBIA E LOZADA
1140 N 18TH ST                                      DATE: 02/17/23
ALLENTOWN            PA 18104
```

### *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLES ESCROW ACCOUNT HISTORY ***

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW ACTIVITY TO THE
ACTUAL ESCROW ACTIVITY BEGINNING MAY,2022 AND ENDING APRIL, 2023.  IF YOUR LOAN
WAS PAID-OFF, ASSUMED, OR TRANSFERRED DURING THIS PRIOR CYCLE, OR THE COMPUTATION YEAR IS
BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.  THIS STATEMENT IS INFORMATIONAL ONLY
AND REQUIRES NO ACTION ON YOUR PART.

### --- YOUR PAYMENT BREAKDOWN AS OF MAY,2022 IS ---

```
        PRIN & INTEREST              831.81
        ESCROW PAYMENT               488.99
        SHORTAGE PYMT                 16.49
        TOTAL                      1,337.29
```

```
           -- PAYMENTS TO ESCROW --    -- PAYMENTS FROM ESCROW --              -- ESCROW BALANCE --
MONTH    PRIOR PROJECTED  ACTUAL   PRIOR PROJECTED  DESCRIPTION    ACTUAL  DESCRIPTION   PRIOR PROJECTED    ACTUAL
                                                   STARTING BALANCE    = = = >           3615.55           65.14-
MAY        488.99 *       505.13     508.25 *  COUNTY TAX          508.25  COUNTY TAX    3596.29         1304.26-
                                  0                                1236.00  HOMEOWNERS
JUN        488.99 *       505.13    1194.00 *  HOMEOWNERS                               2891.28          799.13-
JUL        488.99 *      1010.26                                                         3380.27          211.13
AUG        488.99 *                 2891.28 *  SCHOOL TAX         3044.52  SCHOOL TAX     977.98 TLP    2833.39- ALP
SEP        488.99 *      1516.09                                                         1466.97         1317.30-
OCT        488.99 *       505.48                                                         1955.96          811.82-
NOV        488.99 *                                                                      2444.95          811.82-
DEC        488.99 *       505.48                                                         2933.94          306.34-
JAN        488.99 *      2021.92                                                         3422.93         1715.58
FEB        488.99              E                                                         3911.92         1715.58
MAR        488.99              E                                                         4400.91         1715.58
APR        488.99              E    1274.40    CITY TAX                                  3615.50         1715.58
TOT       5867.88       6569.49    5867.93                        4788.77
```

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHES ITS LOWEST POINT, THAT BALANCE IS TARGETED
NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS.  YOUR LOAN DOCUMENTS OR STATE LAW MAY
SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT ESCROW BALANCE
(TLP) WAS $977.98.  YOUR ACTUAL LOW POINT ESCROW BALANCE (ALP) WAS  $2,833.39-.

BY COMPARING THE PROJECTED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN
DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED.  AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE
AMOUNT OR DATE OF THE PROJECTED ACTIVITY AND THE ACTUAL ACTIVITY.
THE LETTER "E" BESIDE AN AMOUNT INDICATES THAT THE PROJECTED ACTIVITY HAS NOT YET OCCURRED DUE TO THE
DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION
TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

Your projected escrow balance consists of the following detail (an * next to an amount
indicates this is a total that represents more than one payment to or disbursement from escrow):

**Escrow payments up to escrow analysis effective date:**

```
09/21       $505.13      10/21     $505.13      11/21     $3,030.78   *
```

### *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

             PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS REFUNDS, OR
ANY SHORTAGE OR DEFICIENCY THAT YOU MUST PAY. IT ALSO SHOWS YOU THE PROJECTED ESCROW
ACTIVITY FOR YOUR ESCROW CYCLE BEGINNING MAY,2023 AND ENDING APRIL,2024.

-------------------- **PROJECTED PAYMENTS FROM ESCROW - MAY,2023 THROUGH APRIL,2024** -------------

```
        HOMEOWNERS INSU              1,236.00
        COUNTY TAX                     508.25
        SCHOOL TAX                   3,044.52
        CITY TAX                     1,274.40

        TOTAL                        6,063.17
        PERIODIC PAYMENT TO ESCROW     505.26    (1/12 OF "TOTAL FROM ESCROW")
```

**** CONTINUED ON NEXT PAGE ****

```
------------------ PROJECTED ESCROW ACTIVITY -  MAY,2023 THROUGH APRIL,2024 ---------------------
          ---- PROJECTED PAYMENTS --                   -- ESCROW BALANCE COMPARISON --
MONTH    TO ESCROW    FROM ESCROW    DESCRIPTION       PROJECTED          REQUIRED
                      ACTUAL STARTING BALANCE  = = = > 3,420.17           3,778.25
MAY,23    505.26       508.25        COUNTY TAX        3,417.18           3,775.26
JUN,23    505.26     1,236.00        HOMEOWNERS INSU   2,686.44           3,044.52
JUL,23    505.26                                       3,191.70           3,549.78
AUG,23    505.26     3,044.52        SCHOOL TAX          652.44 ALP       1,010.52 RLP
SEP,23    505.26                                       1,157.70           1,515.78
OCT,23    505.26                                       1,662.96           2,021.04
NOV,23    505.26                                       2,168.22           2,526.30
DEC,23    505.26                                       2,673.48           3,031.56
JAN,24    505.26                                       3,178.74           3,536.82
FEB,24    505.26                                       3,684.00           4,042.08
MAR,24    505.26                                       4,189.26           4,547.34
APR,24    505.26     1,274.40        CITY TAX          3,420.12           3,778.20
```

-------------------------------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ---------------------------------

IF THE PROJECTED LOW POINT BALANCE (ALP) IS
LESS THAN THE REQUIRED LOW POINT BALANCE (RLP),
THEN THERE IS AN ESCROW SHORTAGE....                          THE ESCROW SHORTAGE IS....            358.08- *

* THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT
WILL BE COLLECTED FOR A PERIOD OF 12 MONTHS FROM May 1, 2023.


AT THE TIME OF YOUR BANKRUPTCY FILING, YOUR ESCROW SHORTAGE INCLUDED IN THE POC (PROOF OF CLAIM) IS $957.07.


------------------------------- CALCULATIONS OF YOUR NEW PAYMENT AMOUNT -----------------------------------

```
                    PRIN & INTEREST             831.81 *
                    ESCROW PAYMENT              505.26
                    SHORTAGE PYMT                29.84
BORROWER PAYMENT STARTING WITH THE PAYMENT DUE   05/01/23    ==>       1,366.91
```

* IF YOUR LOAN IS AN ADJUSTABLE RATE MORTGAGE, THE PRINCIPAL & INTEREST PORTION OF
  YOUR PAYMENT MAY CHANGE WITHIN THIS CYCLE IN ACCORDANCE WITH YOUR LOAN DOCUMENTS.

NOTE :      YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF MONEY
            HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING OVERDRAWN
            WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES A MAXIMUM
            ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL PROJECTED ESCROW
            DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS $977.98.
            YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. YOUR MORTGAGE
            CONTRACT AND STATE LAW ARE SILENT ON THIS ISSUE. WHEN YOUR ESCROW BALANCE
            REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE IS TARGETED
            TO BE YOUR CUSHION AMOUNT.
            YOUR ESCROW CUSHION FOR THIS CYCLE IS $1,010.52.

    YOUR PROJECTED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT TO AN AMOUNT INDICATES
    THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT TO OR DISBURSEMENT FROM ESCROW):

**Escrow payments up to escrow analysis effective date:**
01/23     $505.48              02/23        $505.48           03/23      $1,010.96*

**Escrow disbursements up to escrow analysis effective date:**
04/23     $1,274.40    CITY TAX


**-VERBAL INQUIRIES & COMPLAINTS-**
For verbal inquiries and complaints about your mortgage loan, please contact the CUSTOMER SERVICE DEPARTMENT
for Carrington Mortgage Services, LLC, by calling 1-800-561-4567. The CUSTOMER SERVICE DEPARTMENT for
Carrington Mortgage Services, LLC is toll free and you may call from 8:00 a.m. to 8:00 p.m. Eastern Time,
Monday through Friday. You may also visit our website at https://carringtonmortgage.com/.

**-IMPORTANT BANKRUPTCY NOTICE-**
If you have been discharged from personal liability on the mortgage because of bankruptcy
proceedings and have not reaffirmed the mortgage, or if you are the subject of a pending
bankruptcy proceeding, this letter is not an attempt to collect a debt from you but merely
provides informational notice regarding the status of the loan.  If you are represented by
an attorney with respect to your mortgage, please forward this document to your attorney.


**-CREDIT REPORTING AND DIRECT DISPUTES-**
We may report information about your account to credit bureaus. Late payments, missed payments,
or other defaults on your account may be reflected in your credit report.  As required by law,
you are hereby notified that a negative credit report reflecting on your credit record may be
submitted to a credit reporting agency if you fail to fulfill the terms of your credit
obligations. If you have concerns regarding the accuracy of any information contained in a
consumer report pertaining to this account, you may send a direct dispute to Carrington
Mortgage Services, LLC by fax to 800-486-5134 or in writing to Carrington Mortgage Services,
LLC, and Attention: Customer Service, P.O. Box 5001, Westfield, IN 46074. Please include your
loan number on all pages of the correspondence.

**-MINI MIRANDA-**
This communication is from a debt collector and it is for the purpose of collecting a debt and
any information obtained will be used for that purpose. This notice is required by the
provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting
to collect money from anyone who has discharged the debt under the bankruptcy laws of the
United States.

**-HUD COUNSELOR INFORMATION-**
If you would like counseling or assistance, you may obtain a list of HUD-approved homeownership
counselors or counseling organizations in your area by calling the HUD nationwide toll-free
telephone number at (800) 569-4287 or toll-free TDD (800) 877-8339, or by going to
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You can also contact the CFPB at (855) 411-2372, or
by going to www.consumerfinance.gov/find-a-housing-counselor.


**** CONTINUED ON NEXT PAGE ****

**Carrington** CARRINGTON MORTGAGE SERVICES
mortgage services, llc
P.O. BOX 5001
Westfield, IN 46074
NMLS ID #2600

(800) 561-4567  FAX: (949) 517-5220

YOUR LOAN NUMBER : █████████
DATE: 02/17/23

**-EQUAL CREDIT OPPORTUNITY ACT NOTICE-**
The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has, in good faith, exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers Carrington Mortgage Services, LLC's compliance with this law is the Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

**-SCRA DISCLOSURE-**
MILITARY PERSONNEL/SERVICEMEMBERS:    If you or your spouse is a member of the military, please contact us immediately. The federal Servicemembers Civil Relief Act and comparable state laws afford significant protections and benefits to eligible military service personnel, including protections from foreclosure as well as interest rate relief. For additional information and to determine eligibility please contact our Military Assistance Team toll free at 1-888-267-5474.

**-NOTICES OF ERROR AND INFORMATION REQUESTS, QUALIFIED WRITTEN REQUESTS (QWR)-**
Written complaints and inquiries classified as Notices of Error and Information Requests or QWRs must be submitted to Carrington Mortgage Services, LLC by fax to 800-486-5134, or in writing to Carrington Mortgage Services, LLC, and Attention: Customer Service, P.O. Box 5001, Westfield, IN 46074. Please include your loan number on all pages of the correspondence. You have the right to request documents we relied upon in reaching our determination. You may request such documents or receive further assistance by contacting the CUSTOMER SERVICE DEPARTMENT for Carrington Mortgage Services, LLC toll free at (800) 561-4567, Monday through Friday, 8:00 a.m. to 8:00 p.m. Eastern Time. You may also visit our website at https://carringtonmortgage.com/

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA (READING)

_____

In Re:                                                    Case No: 19-11081 - Chapter: 13
                                                          Judge: Patricia M. Mayer

Geraldo Parra,

           Debtor

_____

## CERTIFICATE OF SERVICE

_____

       The undersigned states that on March 21, 2023, copies of the **Notice of Mortgage Payment Change** were served upon the following parties via first class mail, with proper postage affixed thereto the Debtors and via the Court's CM-ECF electronic filing system to the Debtor's Attorney and Chapter 13 Trustee.

| | | |
|---|---|---|
| Geraldo Parra<br>1140 N 18th Street<br>Allentown, PA 18104 | Debtor's Attorney<br>Charles Laputka<br>1344 W. Hamilton St.<br>Allentown, PA 18102 | Chapter 13 Trustee<br>Scott F. Waterman<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 |
| | | U.S. TrusteeOffice of the United States Trustee<br>Robert NC Nix Federal Bldg<br>Suite 320<br>Pittsburgh, PA 19107 |

The above is true to the best of my information, knowledge and belief.

                                                          Signed: */s/* Randall Miller

                                                          Randall Miller<br>                                                          43252 Woodward Avenue, Suite 180<br>                                                           Bloomfield Hills, MI 48302<br>                                                           Telephone (248) 335-9200